**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6890**

ARYEE HENDERSON, a/k/a Aryee Henderson #59105,

Plaintiff – Appellant,

v.

OFFICER CLEVELAND; SERGEANT THOMAS; OFFICER CORLEY; OFFICER PARRISH; OFFICER DELK; OFFICER HENDERSON; SERGEANT COAXUM; LIEUTENANT ANDERSON-DAVENPORT,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge. (4:20-cv-02726-SAL-TER)

Submitted: October 14, 2021                                    Decided: October 19, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Aryee Henderson, Appellant Pro Se. Brian L. Craven, Anthony Martin Ibarra, Daniel Roy Settana, Jr., MCKAY FIRM, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aryee Henderson seeks to appeal the district court's text order affirming the magistrate judge's order denying without prejudice Henderson's motion for depositions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Henderson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*